**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| TAMARA McCANN, ) | NO. EDCV 09-01432 SS | |
| Plaintiff, ) | | |
| v. ) | **JUDGMENT** | |
| MICHAEL J. ASTRUE, ) Commissioner of the Social ) Security Administration, ) | | |
| Defendant. ) | | |

IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that the above-captioned action is dismissed with prejudice.

DATED: July 15, 2010.

```
        _____/S/_____
        SUZANNE H. SEGAL
        UNITED STATES MAGISTRATE JUDGE
```